**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**INSECO, INC.**,
a Florida corporation,

    Plaintiff,

v.                    CIVIL ACTION NO. 2:18-cv-77-FtM-99CM

**US DURALAST, INC., US DURALAST, INC.,**
**DBA AMAZING GARAGE FLOORS,** and
**VARIOUS JOHN DOES, JANE DOES,**
and **ABC COMPANIES**,

    Defendants.
_____/

## NOTICE OF STIPULATION OF MEDIATOR

Plaintiff, INSECO, INC., by and through the undersigned counsel, and further to the Court's Order of Doc. 27, hereby notifies the Court that the parties have stipulated to Scott Weinstein, Tara Miller Dane and/or Mark Stein to serve as their mediator.

    Respectfully submitted,

    /s/JENNIFER L. WHITELAW
    JENNIFER L. WHITELAW
    WHITELAW LEGAL GROUP
    Florida Bar No. 0938629
    TRIAL COUNSEL for Plaintiff
    **INSECO, INC.**
    3838 Tamiami Trail North, Third Floor
    Naples, Florida 34103
    Telephone (239) 262-1001
    Facsimile (239) 261-0057
    Email: usdcmail@whitelawfirm.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing is being provided to counsel of record as follows:

Douglas A. Cherry, Esq.
dcherry@slk-law.com
Shumaker, Loop & Kendrick, LLP
*Local Counsel for U.S. Duralast, Inc.*

Justin M. Nichols, Esq.
Justin.Nichols@KutakRock.com
Kutak Rock LLP
*Lead Attorneys for Defendant U.S. Duralast, Inc.*

Ava K. Doppelt, Esq.
adoppelt@allendyer.com
Ryan T. Santurri, Esq.
Allen, Dyer, Doppelt & Gilchrist, P.A.
*Attorney for Plaintiff Inseco, Inc.*

via electronic transmission on June 14, 2018.

/s/JENNIFER L. WHITELAW
JENNIFER L. WHITELAW